```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 15805
   DANIEL THOMAS BEMBENEK
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-6683


------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
   The case was filed on 08/30/2007 and was not confirmed.

   The case was dismissed without confirmation 10/15/2007.
------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------
CODILIS & ASSOCIATES     NOTICE ONLY    NOT FILED            .00            .00
WELLS FARGO HOME MORTGAG SECURED NOT I       .00             .00            .00
CAPITAL ONE              UNSECURED        1281.81            .00            .00
WELLS FARGO HOME MORTGAG SECURED NOT I       .00             .00            .00
CAPITAL ONE              UNSECURED        2015.90            .00            .00
JEFFERSON CAPITAL SYSTEM UNSECURED        1270.04            .00            .00
ROUNDUP FUNDING LLC      UNSECURED        8816.11            .00            .00
PRO SE DEBTOR            DEBTOR ATTY         .00                            .00
TOM VAUGHN               TRUSTEE                                            .00
DEBTOR REFUND            REFUND                                             .00


      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                       ---------------        ---------------
TOTALS                       .00                     .00




             PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 15805 DANIEL THOMAS BEMBENEK
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 01/22/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |